# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION                                     MDL No. 2272

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –109)

On August 8, 2011, the Panel transferred 18 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 802 F.Supp.2d 1374 (J.P.M.L. 2011). Since that time, 621 additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Rebecca R Pallmeyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Pallmeyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of August 8, 2011, and, with the consent of that court, assigned to the Honorable Rebecca R Pallmeyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 09, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION  MDL No. 2272

## SCHEDULE CTO−109 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|

### LOUISIANA EASTERN

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| LAE | 2 | 12−02344 | Wright v. Zimmer, Inc. et al |
| LAE | 2 | 12−02346 | Dixon v. Zimmer Inc. et al |
| LAE | 2 | 12−02347 | Brown v. Zimmer, Inc. et al |
| LAE | 2 | 12−02348 | Buie v. Zimmer, Inc. et al |
| LAE | 2 | 12−02349 | Crowell et al v. Zimmer, Inc., et al |
| LAE | 2 | 12−02350 | Smith et al v. Zimmer, Inc. et al |
| LAE | 2 | 12−02352 | Butler et al v. Zimmer Inc. et al |
| LAE | 2 | 12−02353 | Lopez et al vs Zimmer, Inc |
| LAE | 2 | 12−02355 | O'Neill et al v. Zimmer, Inc. et al |
| LAE | 2 | 12−02358 | Hill v. Zimmer, Inc. et al |

### MICHIGAN EASTERN

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| MIE | 2 | 12−14277 | Hatcher v. Zimmer, Inc. et al |

### NEVADA

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| NV | 2 | 12−01645 | Ziomek et al v. Zimmer, Inc. et al |

### NEW JERSEY

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| NJ | 2 | 12−05712 | WILLIAMS et al v ZIMMER, INC., ET AL |
| NJ | 2 | 12−05724 | AMOROSO et al v. ZIMMER, INC. et al |
| NJ | 2 | 12−05725 | BELT et al v. ZIMMER, INC. et al |
| NJ | 2 | 12−05726 | BROWN−WELLS et al v. ZIMMER, INC. et al |
| NJ | 2 | 12−05727 | ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LAIBILITY LITIGATION et al v. ZIMMER, INC. et al |
| NJ | 2 | 12−05728 | DRAIN et al v. ZIMMER, INC. et al |
| NJ | 2 | 12−05729 | FERREIRA et al v. ZIMMER, INC. et al |
| NJ | 2 | 12−05731 | GOLDSBOROUGH et al v. ZIMMER, INC. et al |
| NJ | 2 | 12−05732 | HIGLEY et al v. ZIMMER, INC. et al |
| NJ | 2 | 12−05733 | HUNT et al v. ZIMMER, INC. et al |
| NJ | 2 | 12−05734 | RIEHL et al v. ZIMMER, INC. et al |

| | | | |
|---|---|---|---|
| NJ | 2 | 12−05735 | ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION et al v. ZIMMER, INC. et al |
| NJ | 2 | 12−05736 | ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LAIBILITY LITIGATION et al v. ZIMMER, INC. et al |
| NJ | 2 | 12−05737 | SHAFER et al v. ZIMMER, INC. et al |
| NJ | 2 | 12−05739 | PAUL O. STURGIS et al. v. ZIMMER, INC et al. |
| NJ | 2 | 12−05740 | ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LAIBILITY LITIGATION et al v. ZIMMER, INC. et al |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 3 | 12−00299 | Brown v. Zimmer, Inc. et al |

PENNSYLVANIA MIDDLE

| | | | |
|---|---|---|---|
| PAM | 4 | 12−01774 | Karosus v. Zimmer et al |
| PAM | 4 | 12−01790 | Lucas et al v. Zimmer et al |